KARL STURZ, Appellant and Respondent, *v.* MICHAEL J. LEO, Respondent and Appellant.

Argued January 20, 1937; decided March 9, 1937.

*Talbot M. Malcolm* and *Earl A. Darr* for plaintiff, appellant and respondent.

*James C. Sweeney* and *James H. Cavanaugh* for defendant, respondent and appellant.

Judgment of the Appellate Division modified by striking out the items of $1,200 and $564.62, aggregating $1,764.62, with interest from July 1, 1932, and as thus modified affirmed, without costs. The Appellate Division had no power to increase a verdict reduced by stipulation of the plaintiff. Appeal by plaintiff dismissed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.